# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

ALBERT LEE JOHNSON　　　　　　　　　　　　　　　　PLAINTIFF
ADC #86314

v.　　　　　　　　　No. 5:17-cv-195-DPM-JJV

CORRECT CARE SOLUTIONS
LLC; and WANNETTA CLOWERS,
APN; AMANDA GRAY, Nurse;
RONALD STUKEY, Doctor;
PAMELA ARMOSTER, Nurse;
and JANE DOES, Nurses 1–50, all
in their individual and official capacities　　　　　DEFENDANTS

## ORDER

Unopposed partial recommendation, № 8, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Johnson's negligence claims go forward, subject to the two-year statute of limitations. His constitutional claims are governed by the three-year statute. Motion, № 5, partly granted and partly denied.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

19 October 2017