# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**ALBERT LEE JOHNSON**  **PLAINTIFF**
**ADC #86314**

v.   No. 5:17-cv-195-DPM-JJV

**CORRECT CARE SOLUTIONS
LLC; and WANNETTA CLOWERS,
APN; AMANDA GRAY, Nurse;
RONALD STUKEY, Doctor;
PAMELA ARMOSTER, Nurse;
and JANE DOES, Nurses 1–50, all
in their individual and official capacities**   **DEFENDANTS**

## ORDER

On *de novo* review, the partial recommendation, № 36, is partly adopted and partly declined without prejudice. FED. R. CIV. P. 72(b)(3). Johnson may proceed with the claims from his two exhausted grievances: (1) that Clowers and Gray failed to provide him with the correct medication; and (2) that Gray, Armoster, and Stukey failed to provide him with proper medication in March of 2017. All other claims are dismissed without prejudice for failure to exhaust.

In light of the Defendants' objections, № 38, and the odd timeline, the Court would benefit from a recommendation focused on what timeframe Johnson exhausted for his first claim, which is based on grievance VU-15-0150. The Defendants' objections are therefore

tentatively sustained. The Court refers this case back to the Magistrate Judge for further proceedings.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

2 March 2018