# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

ALBERT LEE JOHNSON　　　　　　　　　　　　　　PLAINTIFF
ADC #86314

v.　　　　　　　　No. 5:17-cv-195-DPM

WANNETTA CLOWERS,
APN;　AMANDA GRAY, Nurse;
RONALD STUKEY, Doctor;　and
PAMELA ARMOSTER, Nurse, all
in their individual and official capacities　　　　　DEFENDANTS

## ORDER

The Court adopts Magistrate Judge Volpe's unopposed recommendation, № 68. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Defendants' motion for summary judgment, № 54, is granted. Johnson's remaining claims will be dismissed with prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 September 2019