IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ALBERT LEE JOHNSON  PLAINTIFF
ADC #86314

v.  No. 5:17-cv-195-DPM

CORRECT CARE SOLUTIONS
LLC; WANNETTA CLOWERS,
APN; AMANDA GRAY, Nurse;
RONALD STUKEY, Doctor;
PAMELA ARMOSTER, Nurse;
and JANE DOES, Nurses 1–50, all
in their individual and official capacities  DEFENDANTS

## JUDGMENT

Johnson's inadequate medical care claims and state-law negligence claims—exhausted in Grievances VU-15-0150 and VU-17-0224—are dismissed with prejudice. All other claims are dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 September 2019